■ VIRGINIA F. GIFFORD, Individually and as Administratrix of the Estate of ROBERT G. GIFFORD, Deceased, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 95815.) [707 NYS2d 921] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Midey, Jr., J. (Appeals from Order of Court of Claims, Midey, Jr., J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Kehoe and Balio, JJ.